360 A.2d 646
Commonwealth v. McDonald, Appellant.

Argued June 14, 1976. Donald C. Marino, for appellant; Eric J. Cox and Stewart J. Greenleaf, Assistant District Attorneys, and William T. Nicholas, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 646
Commonwealth v. Murray, Appellant.

Argued June 16, 1976. Norris E. Gelman, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.